**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. LKG-25-CR-224 |
| | * | |
| v. | * | |
| | * | |
| JAMES VINCENT CAMPBELL, | * | |
| | * | |
| Defendant | * | |

**\*\*\*\*\*\***

**JOINT STATUS REPORT**

1.  On July 24, 2025, Defendant James V. Campbell was indicted.  On August 15, 2025, he was arraigned before Magistrate Judge Timothy Sullivan.

2.  Prior to his indictment, Vincent Falvo, counsel for the Government, and Steven Wrobel, counsel for Mr. Campbell, discussed a possible plea resolution in early 2025.  Those negotiations were not successful.

3.  Following his arraignment on August 15, 2025, the parties conferred with Mr. Campbell present.  The Government went over its theory of the case and presented evidence it would seek to introduce at trial.

4.  On September 3, 2025, Mr. Wrobel requested that the Court continue the case for sixty (60) days in order to continue counseling his client regarding a potential plea.  On that date, the Court granted Mr. Wrobel's request and set Monday, November 3, 2025 for the next status report from the parties.

5.  On October 23, 2025, Mr. Falvo contacted Mr. Wrobel to ascertain the position of Defendant.  Mr. Wrobel informed Mr. Falvo that Defendant had not yet decided whether to enter into a plea agreement.  Mr. Falvo informed Mr. Wrobel that the pre-indictment offer was no

1

longer viable and that the Government had an alternative plea offer in light of Defendant's indictment and other intervening events.

7.  On October 28, 2025, the Government provided an updated draft plea agreement to Mr. Wrobel.

8.  On October 30, 2025, the parties conferred telephonically and were unable to reach an accord.  Mr. Wrobel represented that he would continue to counsel Defendant regarding the plea offer delivered on October 28, 2025.  The parties agreed that, while both are still open to resolving this matter prior to trial, it is appropriate at this time to schedule a date for trial.

9.  The parties request that the Court set a date and time for a telephone conference with the parties in order to set a trial date and to issue a scheduling order in this case.

10.  Mr. Wrobel has reviewed this status report and concurs with its contents.


_____/s/_____
Trial Attorney
Vincent J. Falvo, Jr.,
United States Department of Justice

Dated:  October 30, 2025

2

**CERTIFCATE OF SERVICE**

I hereby certify that on October 30, 2025, a copy of the foregoing joint status report was served electronically to counsel for Defendant Campbell using the Court's ECF system.

_____/S/_____
Trial Attorney
Vincent J. Falvo, Jr.,
United States Department of Justice